UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          -2 PM 1:27

Muharrem Balkanli

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

**18 CV 3953**

CV        (  ) (  )

-against-

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

City of New York
NY Police Department.
NYC Department of Finance

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*        ☐ Yes        ☑ No   (If "No," go to Question 2.)
    I am being held at: _____

    Do you receive any payment from this institution?  ☐ Yes   ☑ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?        ☐ Yes        ☑ No

    If "yes," my employer's name and address are:

    _____

    Gross monthly pay or wages: _____

    If "no," what was your last date of employment? October 30, 2016
    Gross monthly wages at the time: $ 200. per week $800 monthly. Plus Commiss

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment        ☐ Yes   ☑ No
    (b) Rent payments, interest, or dividends                 ☐ Yes   ☑ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments ☐ Yes ☑ No

(d) Disability or worker's compensation payments ☐ Yes ☑ No

(e) Gifts or inheritances ☐ Yes ☑ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☑ Yes ☐ No

(g) Any other sources ☐ Yes ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

$565.⁰⁰ Welfare Food Stamps for 2 Adults + 2 Child
$500.⁰⁰ Cash Advance from HRA for 2 Adults + 2 Child

If you answered "No" to all of the questions above, explain how you are paying your expenses: Department of Homeless Services Placed entire family and placed in Room @ 45 W 81 str. Hotel excelsior

4. How much money do you have in cash or in a checking, savings, or inmate account?

0.⁰⁰

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

*2007 Sprinter $12000 value impounded in NJ Federal CASE*

2005, Honda Sedan Car, is impounded NYPD Towy. Value $2000 Purchase Price is matter of this case

*2005 Chevy malibu valued at $2000 impounded and matter of another Federal case*

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

No -

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18): Aynur Balkanli "Wife" Efe Balkanli "Son" Berkan Balkanli "Son"

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

No

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Dated _____ Signature _____

Name (Last, First, MI) Balkanli Muharrem

Address 45 W 81 Street #617    City NY    State NY    Zip Code 10024    Prison Identification # (if incarcerated)

Telephone Number 203 308 1200    E-mail Address (if available) galeryottoman@gmail.com

Dated: May 2nd 2018

IFP Application, page 2